**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**UNITED STATES OF AMERICA**                           **CRIMINAL**

**VERSUS**                                             **NO. 08-2-JVP-DLD**

**MARVIN HUDSON**

## ORDER

Considering the foregoing Motion to Adopt and Conform Applicable Motion of Co-Defendants and to File Additional Motions as to Marvin Hudson (rec. doc. no. 54), in the above-captioned matter and the stated reasons, which the court finds confusing;

IT IS HEREBY ORDERED that the Motion to Adopt and Conform Applicable Motion of Co-Defendants and to File Additional Motions is GRANTED to the extent that the defendant is deemed to adopt the joint motion and proposed order for further discovery deadlines and substantive motion deadlines to be filed by April 23, 2008.  Should the defendant choose to adopt any future motion by a co-defendant, he may move to do so, once the co-defendant's motion has been filed.

Signed in Baton Rouge, Louisiana, on March 18, 2008.

_____
**MAGISTRATE JUDGE DOCIA L. DALBY**